IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHAD COLEMAN and
STACIA COLEMAN,

      Plaintiffs,

  vs.                                      No. 2:17-CV-00663-KRS-SMV

COUNTY OF LINCOLN,
ROBERT L. SHEPPERD, RANDALL WIKOFF,
BRACK RAINES, and JOHN DOES I-III,

      Defendants.

## ORDER SETTING DEADLINE TO CONSENT
## TO MAGISTRATE JUDGE

This matter comes before the Court *sua sponte*, following a review of the record in the above-titled cause. On June 22, 2017, pursuant to Fed. R. Civ. P. 73(b)(1), the Court entered a text only notice advising the parties of their opportunity to consent to the undersigned's plenary jurisdiction over this matter.[1] The Court finds that the interests of judicial economy are best served by imposing a consent deadline of seven (7) days. The parties are reminded that consent is strictly voluntary and there are no adverse consequences for withholding consent.

Accordingly, should the parties choose to consent, it is hereby **ORDERED** that such consent shall be filed with the Court within seven (7) days of the entry of this order.

                                                    KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that this case was assigned to United States Magistrate Judge Carmen E. Garza on June 22, 2017, and reassigned to United States Magistrate Judge Kevin R. Sweazea on July 27, 2017.